# ATTACHMENT A

**Property to Be Searched**

✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED
2:40 pm, May 08 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.M.___ Deputy

The following device currently in the custody of the ATF Baltimore Field Division, located at 31 Hopkins Plaza, Suite 500, Baltimore, Maryland: a black Apple iPhone ("**TARGET TELEPHONE**") with IMEI Number 356703089221922, believed to belong to Jokolby COOPER.